DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITED PARKING, LLC,** a Florida limited liability
company, **UNITED PARKING GROUP LLC,** a Florida
limited liability company, **MARCEL PIERRE LE ROUX**
a/k/a/ **MARCEL PIERRE LEROUX,** an individual,
and **NIKOLAY LALOV,** an individual,
Appellants,

v.

**RAMIZ KHATIB** and **DEYAADDIN NATOUR,**
on behalf of themselves and others similarly situated,
Appellees.

No. 4D2024-0247

[July 11, 2024]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No.
CACE21006454.

Vincent F. Vaccarella and John A. Moore of Vincent F. Vaccarella, P.A.,
Fort Lauderdale, for appellants.

Samara Robbins Bober and Peter J. Bober of Bober & Bober, P.A.,
Hollywood, and Sam J. Smith and Loren B. Donnell of Burr & Smith, LLP,
St. Petersburg for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***